JERICHO PLUMBERS SUPPLY Co., Respondent, v. MILTON WANDOLOSKI et al., Defendants, and ERWIN DRESSEL, Appellant.—

776

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.